OFFICE OF THE ATTORNEY GENERAL OF TEXAS

AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Mr. E. L. Angell, Assistant to
the President, A & M College,
College Station, Texas

Dear Mr. Angell:                    Opinion No. O-4267

                    Re:  Are the teachers and heads of
                         various departments in A. & M.
                         College entitled to expenses
                         when attending meetings or
                         gatherings in connection with
                         and in line with their duties?

          This is in reply to your letter of December 10, 1941,
which reads as follows:

          "I should like to get an opinion on whether A. & M.
College can legally allow travel expense on the following cases:

"1.  Professor of Municipal and Sanitary Engineering to go to
     Austin to attend a meeting of the Texas Public Health
     Association to confer with this group concerning the prob-
     lems dealing with sanitary practices in Texas.

     The Texas Public Health Association is an organization
     made up of medical health officers, public health nurses,
     sanitarians, and sanitary inspectors. Its purposes are:
     to improve the public health by increasing the efficiency
     of health workers employed by the cities, counties and
     the state; to disseminate health information among the
     general public and governmental officials; to conduct
     and encourage research projects in public health. It
     accomplishes these aims principally by means of an an-
     nual meeting at which the principal business is the hold-
     ing of committee meetings in which new procedures and
     new projects are discussed and past accomplishments are
     reviewed.

     In the Department of Municipal and Sanitary Engineering
     we have a number of teachers who are experts in this
     field, and it is felt that since the Texas Public Health
     Association is public in character and its meetings are
     for the general welfare of the people of Texas that we
     should allow expense for an expert to assist them in
     their work.

"2.  Dean of the School of Arts and Sciences to attend the
     Texas Personnel Conference at the University of Texas,

The Texas Personnel Conference is conducted under the auspices of the University of Texas. Its membership includes representatives of Schools of Engineering, Business Administration, Education and personnel officers from Texas industries. Its purpose is the cultivation of better relations between these schools and the employers of their graduates, with particular reference to the functions of the schools in preparing trained workers of various sorts.

"3.   Professor of the Department of Animal Husbandry to attend meeting of sheep and goat raisers at Del Rio, Texas, for the purpose of assisting these men in some of their problems and to gain from them knowledge of the current needs from this group so that instruction at A. & M. College can be of more practical benefit to this industry.

The specialists who are employed as teachers in this department can be of great benefit to the sheep and goat raisers by conferring with them at their meetings and at the same time this contact with the current problems of this group will make it possible to keep the materials in the course of study practical and timely.

If a function of the state is to foster industry and agriculture, then should A. & M. pay expenses of its experts to assist, as above requested?

"4.   Dean of the School of Agriculture to go to Luling and San Antonio for a conference with the officials of the Luling Foundation and with leaders of the cattle industry on problems relating to the field of instruction, so that A. & M. can better serve the agricultural and live-stock industry of the state.

"5.   The Dean of the School of Engineering to go to New York City to attend National Meeting of the American Society of Mechanical Engineers for the purpose of conferring with members of that group to find an outstanding man to take the position as Head of the Department of Industrial Engineering at the A. & M. College.

The membership in the American Society of Mechanical Engineers is made up of mechanical engineers from industry and teachers of Mechanical Engineering from colleges.

The Dean of the School of Engineering would have an opportunity to interview a great number of men who are leaders in this field and secure a better man for this postion than if he attempted to employ him through correspondence alone.

"6.   Professor of the Department of Horticulture to go to
      Dallas, Texas, to assist in supervising the A. & M.
      College exhibit for the meeting of the American Asso-
      ciation for the Advancement of Science.

      The American Association for the Advancement of
      Science includes in its membership some 25,000 mem-
      bers, which number embraces outstanding scientists
      of the United States.  The Board of Directors of
      the A. & M. College has made an appropriation for
      the College to have an exhibit at this meeting, and
      it is necessary that some members of the College
      staff assist in setting up the exhibit and supervis-
      ing such an exhibit during the time of the meeting."

      We attach hereto a copy of our Opinion No. O-1973, addressed to
Honorable Clifford B. Jones, President of Texas Technological College,
and out Opinion No. O-2084, addressed to Honorable Homer P. Rainey,
President of the University of Texas, which discuss and outline the
conditions under which expenses may be paid in attending gatherings
such as those mentioned in your letter.

      Subsection 6 of the general provisions contained in the Educational
Appropriation Bill, as passed by the Legislature in 1941, reads in part
as follows:

            "No traveling expenses shall be incurred
      by board members, heads of institutions, or by any
      employee of any of the schools, or other agencies
      named herein, inside or outside of the boundaries of
      the State of Texas, except for State business, and
      no travel shall be performed outside the State ex-
      cept upon the advanced written consent of the school's
      Board of Regents or Directors."

            As to what is "State business", within the contemplation
of said Appropriation Bill, is left largely to the discretion of the
local boards in control of the various educational institutions.  These
questions must primarily be determined by the governing bodies of said
institutions.  This Department has expressed its view relative thereto
in the opinions, copies of which are hereto attached, and nothing new
can be  added.

            It is our opinion that each of the six proposed trips
can be classed as "State business", and if the Managing Board of A.&M.
College decides that each or all of said proposed trips are "State
business", then the traveling expenses referred to in your letter can
legally be paid.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By s/Geo. W. Barcus
  Geo. W. Barcus
  Assistant

GWB-NR-wc

APPROVED FEB 2, 1942
s/ Grover Sellers
FIRST ASSISTANT
ATTORNEY GENERAL

Approved Opinion Committee By s/BWB Chairman